**Larry A. TOLSON, Plaintiff–Appellant,**

v.

**Steve WALLACE, Defendant–Appellee,**

and

**Jerry Montee, Defendant.**

**No. 01–7147.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Larry A. Tolson, pro se. Scott Christopher Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., New Bern, NC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Larry A. Tolson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tolson v. Wallace,* No. CA–99–8315–H (E.D.N.C. June 12, 2001). We deny Tolson's request for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*